IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, LOCAL
UNION NO. 683,
    et al.,

        Plaintiffs,

vs.

        Case No. C2-07-832
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Terence P. Kemp

ORANGE TOWNSHIP,
    et al.,

        Defendants.

## ORDER

The parties have indicated to the Court that they have reached a compromise in this matter. Accordingly, the **PRELIMINARY INJUNCTION HEARING**, presently scheduled for September 13, 2007, is **VACATED**. The parties are directed to file an appropriate dismissal entry within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED.**

9-12-2007
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE