# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 683, AFL-CIO, et al. | Case No. 2:07-cv-00832 |
| *Plaintiffs* | Judge Edmund A Sargus |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| Orange Township, et al. | |
| *Defendants* | |

Plaintiffs International Brotherhood of Electrical Workers, Local Union No. 683, AFL-CIO and Dustin Gockenbach and Defendants Orange Township and Thomas Farahay hereby notify the Court that the Parties have entered into a Release and Settlement Agreement ("Agreement"), which is attached hereto as Exhibit A, in resolution of all claims. Pursuant to Fed. R. Civ. Proc. 41(a)(2) and the terms of the Agreement, the Court hereby dismisses the litigation with prejudice, each party to bear their own costs and attorney's fees. The Court shall retain jurisdiction to enforce the Agreement.

IT IS SO ORDERED.

_____ 10-4-2007
Judge Edmund A Sargus

1

APPROVED:

**Plaintiffs:**

International Brotherhood of Electrical
Workers, Local Union No. 683, AFL-CIO

By: _____
     An Attorney for Plaintiffs                   _____
                                                  Plaintiff Dustin Gockenbach

**Defendants:**

Orange Township

By: _____
     An Attorney for Defendants                   _____
                                                  Defendant Thomas G. Farahay

2